Jonathan Cothran (SBN: 259210)
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, CA 92867
Tel.  (714) 974-5652
Fax  (714) 221-0890
Email kczlawbk@gmail.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Modesto Camacho<br>Dolores Camacho<br><br>Debtors. | Case No. 2:10-bk-50046-AA<br><br>Chapter 13<br><br>SUPPLEMENTAL DECLARATIONS OF JONATHAN COTHRAN AND MODESTO AND DOLORES CAMCHO TO THE MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. § 506(a)<br><br>DATE:  February 10, 2010<br>TIME:  9:00AM<br>PLACE:  Courtroom 1375<br>255 E Temple Street<br>Los Angeles, CA 90012 |

<u>SUPPORTING DECLARATION OF ATTORNEY JONATHAN COTHRAN FOR MOTION TO AVOID LIEN</u>

I the undersigned, Jonathan Cothran, make the following declaration under penalty of perjury of the law of the United States of America:

1. I am a duly licensed and practicing attorney in the State of California and the Federal Central District of California.

2. I represent the Debtors in the captioned case in the Motion to Avoid Lien which this declaration is supporting.

-1-

SUPPLEMENTAL DECLARATIONS TO MOTION TO
AVOID LIEN PURSUANT TO 11 U.S.C. § 506(a)

3. Exhibit 2 contains a true and correct copy of the Proof of Claim as retrieved from the ECF servers in the Bankruptcy case 2:10-bk-50046-AA for the Second Mortgage on the Propety.

Signed in Orange, California on this the 20 day of Januray, 2011.

_____
Jonathan Cothran

## SUPPORTING DECLARATION OF MODESTO AND DOLORES CAMACHO FOR MOTION TO AVOID LIEN

We the undersigned, MODESTO AND DOLORES CAMACHO, make the following declaration under penalty of perjury of the law of the United States of America:

1. We are debtors of the captioned case in the Motion to Avoid Lien for which this declaration supports.

2. Exhibit 1 is a true and correct copy of our Bank of America First Mortgage Statement and the Deed of Trust recorded against our property by the First Mortgagor, Bank of America.

3. The Second Mortgage on our Property is serviced by GreenTree Servicing, LLC and the Note is owned by Bank of America, the documents filed by GreenTree Servicing, attached as Exhibit 2 to the original motion are true and correct to the best of our knowledge.

Signed in Pico Rivera, California on this the 20 day of January, 2011.

_____     _____
Modesto Camacho                Dolores Camacho

-2-

SUPPLEMENTAL DECLARATIONS TO MOTION TO
AVOID LIEN PURSUANT TO 11 U.S.C. § 506(a)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1576 N Batavia Street., Ste. 1C, Orange, CA 92867**

A true and correct copy of the foregoing document described as **SUPPLEMENTAL DECLARATIONS OF JONATHAN COTHRAN AND MODESTO AND DOLORES CAMACHO TO THE MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. §506(a)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 7, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy Dockery, Chapter 7 Trustee    efiling@ch13la.com
United States Trustee    ustpregion16.la.ecf@usdoj.gov
BAC Home Loans c/o Joe Lozano    notice@NBSDefaultservices.com

II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On _January 20, 2011_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bank of America, Attn: Chief Executive Officer, 101 S Tryon Street, Charlotte, NC 28202
Bank of America, Bankruptcy Department, CA6-919-01-23, 400 National Way, Simi Valley, CA 93065
BAC Home Loans Servicing, L.P., C/O: Joe Lozano, Vander Linden & Wernick, PC, 9441 LBJ Freeway, Ste. 350, Dallas, TX 75243
GreenTree Servicing, LLC, 7360 S Kyrene Road, Recovery Department T-113, Tempe, AZ 85283
Judge Alan Ahart, 255 E Temple Street, Suite 1382, Los Angeles, CA 90012

[ ]    Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ]    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/20/2011    Maria Anduray    /s/ Maria Anduray
Date    Type Name    Signature

Proof of Service