JaVonne M. Phillips, Esq. SBN 187474
Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Bank of America, N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 2:10-bk-50046-TD |
| | § | |
| **Modesto Camacho** | § | Chapter: 13 |
| **Dolores Camacho,** | | |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT the following attorney represents Bank of America, N.A., its assignees and/or successors, in the above referenced bankruptcy case:

    Rami N. Haddad
    **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Dated: 7/19/2011                          McCarthy & Holthus, LLP


                                        By: /s/  Rami N. Haddad, Esq.
                                            Rami N. Haddad, Esq.,

| In re: Modesto Camacho and Dolores Camacho, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-50046-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>NOTICE OF APPEARANCE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/19/2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE
ustpregion16.la.ecf@usdoj.gov

COUNSEL FOR DEBTOR
Jonathan P Cothran
kczlawbk@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **7/19/2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

DEBTOR - Modesto Camacho, 9049 Carron Drive, Pico Rivera, CA 90660
DEBTOR - Dolores Camacho, 9049 Carron Drive, Pico Rivera, CA 90660

TRUSTEE
Kathy A Dockery (TR) , 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/19/2011 | **David Fry** | /s/ David Fry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            F 9013-3.1